IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ADAM BRENT WALLACE,<br><br>  Plaintiff,<br><br>v.<br><br>C.R. ENGLAND, INC. and HORIZON TRUCK SALES AND LEASING,<br><br>  Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:16-cv-652<br><br>Judge Clark Waddoups<br><br>Chief Magistrate Judge Paul M. Warner |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to Chief Magistrate Judge Paul M. Warner pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF. No. 11.) On March 2, 2018, Chief Magistrate Judge Warner issued a Report and Recommendation, recommending that the court: (1) GRANT Defendants' motion to dismiss and DISMISS this action with prejudice; (2) DENY Plaintiff's motion for partial summary judgment; (3) deem Defendants' motion for leave MOOT; and (4) DENY Plaintiff's motion for entry of default. Mr. Wallace did not filed an objection.

The court has reviewed the Report and Recommendation de novo and APPROVES AND ADOPTS it in its entirety.

SO ORDERED this 6th day of April, 2018.

BY THE COURT:

_Clark Waddoups_
Clark Waddoups
United States District Judge